**Leroy A. MOSES, Petitioner–Appellant,**

v.

**UNITED STATES of America,
Respondent–Appellee.**

**No. 03–2667–PR.**

United States Court of Appeals,
Second Circuit.

Jan. 24, 2005.

David Samel, New York, NY, for Petitioner–Appellant.

Joon H. Kim, Assistant United States Attorney (David N. Kelley, United States Attorney, and Karl Metzner, Assistant United States Attorney, on the brief), Office of the United States Attorney for the Southern District of New York, New York, NY, for Respondent–Appellee.

Present: WINTER, SOTOMAYOR, Circuit Judges, and HOLWELL, District Judge.*

* The Honorable Richard J. Holwell, United States District Judge for the Southern District

**SUMMARY ORDER**

Leroy Moses appeals from a judgment of the United States District Court for the Southern District of New York (Patterson, J.) denying his motion pursuant to Fed. R.Civ.P. 60(b) for relief from a judgment denying his earlier petition pursuant to 28 U.S.C. § 2255. *See Moses v. United States,* No. 97–cv–2833 (S.D.N.Y. Sept. 9, 2002). For substantially the reasons discussed in the opinion below, we AFFIRM the judgment of the district court.